HOVEY et al. v. WILLIAMS. (No. 438.)

(Court of Civil Appeals of Texas. El Paso. April 15, 1915.)

Error from District Court, Brewster County; W. C. Douglas, Judge.

Action by A. J. Williams against S. B. Hovey and another, as receivers of the Kansas City, Mexico & Orient Railway of Texas, and said railroad company. Judgment for plaintiff, and defendants bring error. Reversed and remanded.

H. S. Garrett, of San Angelo, W. Van Sickle, of Alpine, and W. C. Jackson, of Ft. Stockton, for plaintiffs in error. J. D. Martin, of Alpine, for defendant in error.

HARPER, C. J. This case is against the same parties, for the same cause of action, under petition similar in form and substance, and presented here by assignments of error identical with the case of Hovey et al. v. Weaver, 175

S. W. 1089 (No. 437), decided this day, and is reversed and remanded for the reasons assigned in the opinion rendered therein.